February 2, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

CRYSTAL SPRINGS APARTMENTS, Appellant

NO. 14-11-00606-CV                    V.

AUDREY WARE, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on April 13, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by CRYSTAL SPRINGS APARTMENTS.

We further order this decision certified below for observance.